**FILED**
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Isaias Oswaldo CELIS-Ramirez, ) <br> ) <br> Defendant. ) <br> ) | Mag. Case No. **'08 MJ 8547** <br><br> <u>COMPLAINT FOR VIOLATION OF</u> <br><br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found In the <br> United States |

The undersigned complainant being duly sworn states:

On or about June 14, 2008, within the Southern District of California, defendant Isaias Oswaldo CELIS-Ramirez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and (557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 17th DAY OF JUNE 2008.

_____
Peter C. Lewis
U.S. MAGISTRATE JUDGE

(1)

UNITED STATES OF AMERICA

    v.

Isaias Oswaldo CELIS-Ramirez

STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Immigration Enforcement Agent M. Gallaga.

On June 14, 2008, the defendant, identified as Isaias Oswaldo CELIS-Ramirez, was arrested in Calexico, California, by Agent J. Rivera-Navarro, of the United States Border Patrol, for illegal entry into the United States in violation of 8 U.S.C. 1325. Immigration Enforcement Agent Gallaga subsequently encountered the defendant in custody at the Imperial County Jail and placed an immigration detainer.

On June 16, 2008, the defendant was transferred to the custody of the Orange County Sheriff's Department for an outstanding traffic warrant.

Record checks of CELIS revealed he was previously ordered deported to Mexico by an Immigration Judge on December 15, 2004. On December 16, 2004, CELIS was removed to Mexico via the San Ysidro, California, Port of Entry. Further record checks revealed that CELIS has a criminal record.

There is no evidence that CELIS ever sought or received permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, for permission to re-enter the United States.

Based upon the foregoing information, there is probable cause to believe Isaias Oswaldo CELIS-Ramirez has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.

1  The defendant, Isaias Oswaldo CELIS-Ramirez, is currently in
2  the custody of the Orange County Sheriff's Department.  I am
3  respectfully requesting that an arrest warrant be issued to
4  transfer CELIS back to the Southern District of California upon
   his release.

(3)